UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                     Case No. 23-cr-20582

v.

                                                   HON. MARK A. GOLDSMITH

RYAN ALEXANDER JONES,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS (Dkt. 50)

Defendant's motion to dismiss (Dkt. 50) is denied for the reasons stated on the record at the April 21, 2025 hearing.

    SO ORDERED.

Dated: April 22, 2025                        s/Mark A. Goldsmith
Detroit, Michigan                        MARK A. GOLDSMITH
                                          United States District Judge